U.S. District Court
Wisconsin Eastern
AUG 24 2026
FILED
Clerk of Court

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

VICTOR L. ROBINSON
Plaintiff-Appellant,

v. Case No: 26CV311

A.SANDHAL et al.,
Defendants-Appellees,

NOTICE OF APPEAL AND PETITION FOR CERTIFICATE OF APPEALABILITY

Comes Now, Victor L. Robinson, the above-named plantiff appellant, appearing in this matter Pro se, without counsel, pursuant to Fed.R.App.P. Rule 3 (a) and as and for a notice of appeal to the United States District Court for the Eastern District of Wisconsin from the order entered on the 5th day of August, 2026 denied plantiff's entire screening dismissing under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) because the complaint fails to state a claim...Furthering ordering that this Clerk of Office document that this inmate has incurred a "strike" under 28 U.S.C. §1915(g).

It is further ordered that the agency having custody of Robinson shall collect from his institution trust account the $314.72 balance of the filing fee by collecting monthly payments from Robinson's prison trust account in an amount equal to 20% of the preceding month's income credited to his trust account and forwarding payments to the Clerk of Court each time the amount in the account exeeds $10 in accordance with 28 U.S.C. §1915(b)(2).

On February 24, 2026, plaintiff Victor L. Robinson (Robinson) who is incarcerated and representing himself, filed a complaint under 42 U.S.C. § 1983 alleging that the defendants violated his constitutional rights. (ECF No. 1.) He also filed a motion for leave to proceed without the prepayment of the filing fee, and a motion to expedite screening his complaint. (ECF Nos. 2, 4.) This order resolves those motion and screens the complaint.

Have you then and there plaintiff Robinson's notice of appeal and request for a certificate of appealability.

Executed on this 19th dau of August, 2026, in Fox Lake Wisconsin.

Submitted By Plaintiff:

Victor L. Robinson

Plaintiff, Pro Se

Fox Lake Correctional Institution
Post Office Box 147
Fox Lake Wisconsin 53933